1 | Jason A. Wrubleski (SBN 251766)
2 | jwrubleski@mayerbrown.com
   | MAYER BROWN LLP
3 | Two Palo Alto Square, Suite 300
   | 3000 El Camino Real
4 | Palo Alto, CA 94306-2112
   | Telephone: (650) 331-2000
5 | Facsimile: (650) 331-2060

6 | Richard M. Assmus (*P.H.V. application pending*)
   | rassmus@mayerbrown.com
7 | MAYER BROWN LLP
   | 71 S. Wacker Drive
8 | Chicago, IL 60606-4637
   | Telephone: (312) 782-0600
9 | Facsimile: (312) 701-7711

10 | Robert E. Bloch (*P.H.V. application pending*)
    | rbloch@mayerbrown.com
11 | MAYER BROWN LLP
    | 1999 K Street, N.W.
12 | Washington, D.C. 20006-1101
    | Telephone: (202) 263-3000
13 | Facsimile: (202) 263-3300

14 | *Attorneys for Non-Party*
    | BLUE SHIELD OF CALIFORNIA

RECEIVED 2010 JUN 29 P 3: 53

JSW (BZ)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CV 10 80 159 MISC

Misc. Case No. _____

| IN RE AETNA UCR LITIGATION | Currently Pending in U.S. District Court, D. N.J. (Master File 07-cv-3541) |
|---|---|
| | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1 | Robert E. Bloch, an active member in good standing of the bar of the District of
2 | Columbia, whose business address and telephone number is:

MAYER BROWN LLP
1999 K. Street, N.W.
Washington, D.C. 20006-1101
Ph: (202) 263-3000,

6 | having applied in the above-entitled action for admission to practice in the Northern District of
7 | California on a *pro hac vice* basis, representing non-party Blue Shield of California,

8 | **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
9 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 | *vice*. Service of papers upon and communication with co-counsel designated in the application
11 | will constitute notice to the party. All future filings in this action are subject to the requirements
12 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8 July 2010

United States Judge

[PROPOSED] ORDER