1  Jason A. Wrubleski (SBN 251766)
   jwrubleski@mayerbrown.com
2  MAYER BROWN LLP
   Two Palo Alto Square, Suite 300
3  3000 El Camino Real
   Palo Alto, CA  94306-2112
4  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
5

6  Richard M. Assmus (*P.H.V. application pending*)
   rassmus@mayerbrown.com
7  MAYER BROWN LLP
   71 S. Wacker Drive
8  Chicago, IL  60606-4637
   Telephone: (312) 782-0600
9  Facsimile:  (312) 701-7711

10 Robert E. Bloch (*P.H.V. application pending*)
   rbloch@mayerbrown.com
11 MAYER BROWN LLP
   1999 K Street, N.W.
12 Washington, D.C.  20006-1101
   Telephone: (202) 263-3000
13 Facsimile: (202) 263-3300

14 *Attorneys for Non-Party*
   BLUE SHIELD OF CALIFORNIA

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18 **CV 10**   Misc. Case No. **80 158 MISC**

19 *IN RE* AETNA UCR LITIGATION          Currently Pending in U.S. District Court,
                                          D. N.J. (Master File 07-cv-3541)
20
                                          [PROPOSED] ORDER GRANTING
21                                        APPLICATION FOR ADMISSION OF
                                          ATTORNEY *PRO HAC VICE*
22

JSW (BZ)

[PROPOSED] ORDER

1 | Richard M. Assmus, an active member in good standing of the bar of Illinois, whose
2 | business address and telephone number is:
3 | MAYER BROWN LLP
   | 71 S. Wacker Drive
4 | Chicago, IL 60606-4637
   | Ph: (312) 782-0600,
5 |
6 | having applied in the above-entitled action for admission to practice in the Northern District of
7 | California on a *pro hac vice* basis, representing non-party Blue Shield of California,
8 | **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
9 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 | *vice*. Service of papers upon and communication with co-counsel designated in the application
11 | will constitute notice to the party. All future filings in this action are subject to the requirements
12 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7 July 2010

United States Judge
Magistrate Judge Bernard Zimmerman

[PROPOSED] ORDER