1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE AETNA UCR LITIGATION, )<br>)<br>)<br>)<br>)<br>)<br>)<br>_____ ) | No. C10-80158 MISC JSW (BZ)<br><br>**ORDER SCHEDULING**<br>**TELEPHONIC CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephonic conference is scheduled for **Tuesday, July 13, 2010 at 1:30 p.m.,** to discuss the subpoena dispute. Counsel for all interested parties shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call. Counsel for Blue Shield shall serve this order on all interested parties.

Dated: July 9, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\AETNA\TEL CONF 1.wpd

1